UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DEMOND BOTTOMS,

   Plaintiff,

                                        CASE NO.: 3:16-CV-328-CRS

-vs-

NAVIENT SOLUTIONS, INC.,

   Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, DEMOND BOTTOMS, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DEMOND BOTTOMS, and Defendant, NAVIENT SOLUTIONS, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 20 day of March, 2017, to the following parties: all counsel of record.

                                                 s/*Octavio Gomez*
                                                 Octavio Gomez, Esquire (pro hac vice)
                                                 Morgan & Morgan, Tampa, P.A.
                                                 One Tampa City Center
                                                 201 N. Franklin Street, 7th Floor
                                                 Tampa, FL 33602
                                                 Tele: (813) 223-5505
                                                 Fax: (813) 223-5402
                                                 Florida Bar #: 0338620
                                                 Attorney for Plaintiff